WR-82,180-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/16/2014 4:25:45 PM
Accepted 12/17/2014 2:58:39 PM
ABEL ACOSTA
CLERK

NO. 990D04290-1

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | COURT OF CRIMINAL APPEALS |
| vs. | § | 346TH JUDICIAL DISTRICT |
| | § | |
| MARTHA MELENDEZ | § | EL PASO COUNTY, TEXAS |

RECEIVED
COURT OF CRIMINAL APPEALS
12/17/2014
ABEL ACOSTA, CLERK

## MOTION FOR THE MAKING OF A COMPLETE RECORD FOR THE BENEFIT OF THE TEXAS COURT OF CRIMINAL APPEALS

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes MARTHA MELENDEZ, Defendant, and files this motion for the making of a complete record for the benefit of the Texas Court of Criminal Appeals and in support would show:

1. On September 17, 2014, this Court signed a Findings of Fact and Conclusions of Law and ordered that the Clerk of the Court transmit a complete record to the Court of Criminal Appeals. The order specified that many items were to be transferred including the 11.07 writ of habeas corpus along with applicable memorandums, answers, responses, motions, proposed orders, affidavits, exhibits, etc.

2. On September 22, 2014, the Clerk of this Court sent 4 volumes to the Court of Criminal Appeals. The page counts for the volumes are as follows:

   Volume 1-    371 pages

   Volume 2-    453 pages

   Volume 3-    444 pages

   Volume 4-    171 pages

   TOTAL OF VOLUMES- 1439 pages

State v. Melendez- Page 1

MOTION DISMISSED
DATE: 3-24-15
BY:



3. The Court of Criminal Appeals, processed the filing on September 24, 2014.

4. Applicant, Martha Melendez, does not believe the file has been transferred as ordered. There was an original writ filed, and then two amendments occurred. One exhibit to the writ was the trial counsels file and that alone was over 900 pages.

5. Applicant believes justice is not served by the Court of Criminal Appeals relying on an incomplete file copy in which to base its review herein.

6. Applicant is requesting a stay of the proceedings at the Court of Criminal Appeals until a complete record is provided.

7. Applicant is requesting the Clerk of this Court to provide the undersigned counsel with an identical copy of what is filed with the Court of Appeals so that a comparison can be made to verify that a complete record is submitted.

**WHEREFORE, PREMISES CONSIDERED**, Applicant respectfully requests the Court to order the Clerk to comply with its previous order and cause a copy of the complete record herein to be sent to the Court of Criminal Appeals and for other relief as requested herein.

Respectfully submitted,

LAW OFFICE of RUBEN FRANCO, JR.
116 West Lewis
Conroe, TX 77301
Tel: 936-441-2999
Fax: 936-788-5670

By:_____
RUBEN FRANCO, JR.
State Bar No. 24040928
rubenf@conroelawoffice.com
Attorney for MARTHA MELENDEZ

State v. Melendez- Page 2

## CERTIFICATE OF SERVICE

This is to certify that on December 16, 2014, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, El Paso County, by certified mail, return receipt requested.

_____
RUBEN FRANCO, JR.

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 346TH JUDICIAL DISTRICT |
| | § | |
| MARTHA MELENDEZ | § | EL PASO COUNTY, TEXAS |

## ORDER

On _____, 2014, came on to be considered MARTHA MELENDEZ's

Motion for Making of a Complete Record for the Benefit of the Texas Court of Criminal

Appeals, and IT IS THE ORDER OF THIS COURT:

1.     That the Clerk of this Court shall transmit a complete record to the Texas Court of

Criminal Appeals; and

2.     That the Clerk of this Court provide the Applicant with a copy of the identical

record that is provided to the Texas Court of Appeals.


                                            _____

                                            JUDGE PRESIDING

NO. WR-82,180-01

| STATE OF TEXAS | § | IN THE COURT OF CRIMINAL |
| | § | APPEALS |
| | § | |
| vs. | § | RECEIVED<br>COURT OF CRIMINAL APPEALS<br>12/17/2014<br>ABEL ACOSTA, CLERK |
| | § | |
| MARTHA MELENDEZ | § | OF TEXAS |

NO. 990D04290-1

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 346TH JUDICIAL DISTRICT |
| | § | |
| MARTHA MELENDEZ | § | EL PASO COUNTY, TEXAS |

## NOTICE OF FILING WITH TRIAL COURT DUE TO INCOMPLETE RECORD

NOTICE is hereby given that a Motion has been filed with the 346th Judicial District Court of El Paso County, Texas. A copy of the motion is attached hereto. The subject of that motion relates to the Applicant's belief that the record provided to this Court is not complete. The page numbers for each volume total 1,439 pages which does not comport to the number of pages that Applicant knows are part of the record. Part of the exhibits to the writ included the trial attorney's file and that alone was over 900 pages.

Applicant requests this Court stay the proceeding until it can be reasonable sure that a complete record has been provided to this Court.

Respectfully submitted,

LAW OFFICE of RUBEN FRANCO, JR.
116 West Lewis
Conroe, TX 77301
Tel: 936-441-2999
Fax: 936-788-5670

State v. Melendez- Page 1

By: _____ _R̸F̸_

RUBEN FRANCO, JR.
State Bar No. 24040928
rubenf@conroelawoffice.com
Attorney for MARTHA MELENDEZ

## CERTIFICATE OF SERVICE

This is to certify that on December 16, 2014, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, El Paso County, by certified mail, return receipt requested.

_____
RUBEN FRANCO, JR.

State v. Melendez- Page 3